IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-00248-01-CR-W-HFS |
| ) | |
| RANDY K. McGAUGH, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Randy K. McGaugh appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty to Count One of the Indictment charging him with a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), that is, being a felon in possession of a firearm. I determined that the guilty plea is knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceedings and a transcript has been requested. Based on the foregoing, it is

RECOMMENDED that defendant Randy K. McGaugh's plea of guilty be accepted and that defendant McGaugh be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge