IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00248-CR-W-HFS |
| RANDY K. MCGAUGH | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on October 29, 2020, before Magistrate Judge Lajuana M. Counts, defendant entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(A) and (B) to Count One of the Indictment charging defendant with a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), that is, being a felon in possession of a firearm.

In a Report and Recommendation dated October 29, 2020 (Doc. 21), Judge Counts determined that the guilty plea was knowledgeable and voluntary and that the offenses charged were supported by an independent basis in fact containing each of the essential elements of such offenses.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 21) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

                                           s/ HOWARD F. SACHS
                                           HOWARD F. SACHS
                                           United States District Judge

Dated: November 16, 2020
Kansas City, Missouri